# BLEAKLEY PLATT
ATTORNEYS AT LAW

**BLEAKLEY PLATT & SCHMIDT, LLP**
NEW YORK | CONNECTICUT

Susan E. Galvão
914.287.6193
SGalvão@bpslaw.com

January 15, 2025

Via ECF a
(schofield_

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED**. The initial pretrial conference scheduled for January 22, 2025, is adjourned to **February 12, 2025, at 4:20pm**. The parties shall file the materials described at Dkt. 8 by **February 5, 2025**.

Dated: January 16, 2025
New York, New York

Re:   *Mesa Digital LLC v. US Mobile, Inc.*
      United States District Court, Southern District Case No. 24-cv-9130

Dear Judge Schofield:

This office represents defendant US Mobile, Inc. in the above-captioned action.

We write jointly on consent with Plaintiff's counsel to request that the Court grant a three week adjournment of the telephonic conference currently scheduled on January 22, 2025 and the corresponding deadline to submit a joint letter and IPTC materials, pursuant to the Order dated December 3, 2024 (ECF Doc. 8) and the Individual Rules of this Court (Rule III(D)).

The parties have agreed to extend defendant's deadline to respond to the Complaint to February 7, 2025. In the meantime, the parties are exploring whether resolution can be reached without further litigation.

Accordingly, we request that the telephonic conference be set for a date on or after February 12, 2025, with the joint letter and IPTC materials to be submitted at least seven days before the new date.

This is the first request for this relief. Thank you for Your Honor's time and attention to this request.

Very truly yours,

BLEAKLEY PLATT & SCHMIDT, LLP

*[Signature]*
Susan E. Galvão

SEG/mh