UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    MESA DIGITAL, LLC,

                        Plaintiff,

            -against-                        24 Civ. 9130 (LGS)

    US MOBILE, INC.,                      ORDER

                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on March 4, 2025. As discussed at the conference, it is hereby

    **ORDERED** that Plaintiff shall file any amended complaint by **April 4, 2025**. It is further

    **ORDERED** that, by **April 18, 2025**, Defendant shall file either a pre-motion letter explaining the bases for its proposed motion to dismiss and for stay of discovery, consistent with the Court's Individual Rules, or a letter stating that it does not intend to bring a motion to dismiss the amended complaint. It is further

    **ORDERED** that, if Defendant has filed a pre-motion letter regarding a motion to dismiss, Plaintiff shall respond to the letter by **April 25, 2025**.

Dated: March 4, 2025
       New York, New York

                                                       LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE